UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL
CORPORATION,

       Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A HERETO,

       Defendants.

Case No.: 1:25-cv-05294-LAP

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR LEAVE TO SEAL
DOCUMENTS FILED IN SUPPORT
OF PLAINTIFF'S *EX PARTE*
MOTION FOR TEMPORARY
RESTRAINING ORDER AND OTHER
RELIEF

Plaintiff, having moved to file certain documents under seal, and this Court having reviewed the application and having found sufficient cause [*that is, to avoid giving Defendants premature notice of this action and, e.g., allowing them to move assets,*] it is hereby:

ORDERED that the following documents may be filed under seal.

1. Ex. A to the Declaration of Jay Harvey Paragoso;

2. Ex. 1 to the Declaration of Matthew A. Werber;

3. Schedule A to the Proposed Order Granting Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Other Relief; and

4. Summons with Schedule A.

The parties are directed to file the above listed documents under seal in the traditional manner, on paper, in conformity with Court's Individual Practices. [*After service has been effected, Plaintiff's counsel shall report to the Court by letter on the need for continued sealing*]

Dated: July 10, 2025
New York, NY

SO ORDERED:

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska, U.S.D.J.