UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILWAUKEE ELECTRIC TOOL,

        Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

        Defendants.

25-CV-5294 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    As ordered during the Court's hearing on July 24, 2025, the Court adopts the "Preliminary Factual Findings and Conclusions of Law" of the Temporary Restraining Order ("TRO") entered on July 10, 2025, (dkt. no. 15), and converts the TRO into a Preliminary Injunction.

**SO ORDERED.**

Dated:    New York, New York
           July 25, 2025

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge