**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

      Defendants.

Case No.

**SCHEDULE A**
**(FILED UNDER SEAL)**

| No. | Seller Name | Store URL |
|---|---|---|
| 2 | lixiastore | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3ICT52OXNUDEJ&asin=B0F33BFK3Q&ref_=dp_merchant_link |
| 3 | CHANGCHENGYUN | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1HKCSWYKBN1Q6&asin=B0DWZRP5FR&ref_=dp_merchant_link |
| 4 | CHMJ Direct | https://www.amazon.com/sp?ie=UTF8&seller=A2VLVK7KBNDFH7&asin=B0DHGQ54RJ&ref_=dp_merchant_link&isAmazonFullled=1%203 |
| 5 | Circle88 | https://www.amazon.com/sp?ie=UTF8&seller=AWVBECH28GCF3&asin=B089KCC3ZH&ref_=dp_merchant_link&isAmazonFullled=1%201 |
| 6 | dafaasfqwe | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A37VY7ZL6TVETN&asin=B0F2ZRWM2K&ref_=dp_merchant_link |
| 7 | DEWQKI | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DUISORYJU90U&asin=B0BZ3N86NZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 8 | DWHUOS | https://www.amazon.com/sp?ie=UTF8&seller=AA0B5IHJS0H11&asin=B0CRHMXLKR&ref_=dp_merchant_link |
| 11 | fyyl-us | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1QSOWN8KL7I97&asin=B0DXPY86P3&ref_=dp_merchant_link |

4900-8504-3288.1

| No. | Seller Name | Store URL |
| --- | --- | --- |
| 12 | Gearwell | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2U8WQ5CQ97EKD&asin=B0D7T9G2W4&ref_=dp_merchant_link |
| 13 | HavenHarmo | https://www.amazon.com/sp?ie=UTF8&seller=A3JAYP5V2SDUWS&asin=B0DFXVNTFM&ref_=dp_merchant_link&isAmazonFullled=1%201 |
| 14 | Hengzhi Tech | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AKBJPR77UG5LI&asin=B0DRGRHFRL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 15 | HYBattery-US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1WGQUJE8I2VNI&asin=B0DLW6P6LS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 16 | IM Prosper | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A39GC3WBVWLR28&asin=B0DS9RHKFM&ref_=dp_merchant_link |
| 17 | JBS(Inc) | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2LMNC5NVN7T9P&asin=B07HMFXHH5&ref_=dp_merchant_link |
| 18 | JIALING2024 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3HNEO7WZFNARI&asin=B0BYHBDVLX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 19 | Kotoate Direct-US | https://www.amazon.com/sp?ie=UTF8&seller=A2LM9FHVJZH8FM&asin=B09C8RV69J&ref_=dp_merchant_link&isAmazonFullled=1%203 |
| 20 | Lethitrang | https://www.amazon.com/sp?ie=UTF8&seller=A1JESG7J1R98F5&asin=B0DYNPDQ54&ref_=dp_merchant_link |
| 21 | lipengfei2 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15SSX08G06XVO&asin=B0D5YDJVSS&ref_=dp_merchant_link |
| 22 | Ahaluwa | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOHEP38G6SE0G&asin=B0DMT9FRW6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 23 | MeiCity-US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2KFG96SPJYXSY&asin=B0DRJBV724&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 24 | MineSmart Home | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1JZE3PJROGLW6&asin=B0DHWM9VBW&ref_=dp_merchant_link&isAmazonFulfilled=1 |

4900-8504-3288.1

| No. | Seller Name | Store URL |
|---|---|---|
| 25 | Mingzimeng | https://www.amazon.com/sp?ie=UTF8&seller=A1NCRPN82HEBA3&asin=B0F41RTVRY&ref_=dp_merchant_link |
| 26 | New-US | https://www.amazon.com/sp?ie=UTF8&seller=A3SOS109SA7E8N&asin=B0D9VYLFDF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | Newding | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2FK232R5X9OYG&asin=B0D61W8Q7C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 28 | NexaNova US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1OJOVC0L5UQWX&asin=B0D9QLSL96&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 29 | OGJUNX-US | https://www.amazon.com/sp?ie=UTF8&seller=A3T2QY9BP08E5P&asin=B0DCZBZMR7&ref_=dp_merchant_link&isAmazonFullled=1%201 |
| 30 | rongxinwei | https://www.amazon.com/sp?ie=UTF8&seller=A230KAPDXYJOCW&asin=B09XQMN5YB&ref_=dp_merchant_link&isAmazonFullled=1%201 |
| 31 | RRTRAV | https://www.amazon.com/sp?ie=UTF8&seller=A1ELLLNPR14QEL&asin=B088QXGBS5&ref_=dp_merchant_link&isAmazonFullled=1%201 |
| 32 | Safebattle | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32SS4V129Y79E&asin=B0D66QBKFQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 34 | SJZNHFTOLO-US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ED0G4JR2P1RD&asin=B0DPGHNP3J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 35 | Spark US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2QYL5GH2T28IQ&asin=B0D1BZ1C8C&ref_=dp_merchant_link |
| 36 | sumiaoshangdian | https://www.amazon.com/sp?ie=UTF8&seller=A1ZHJBLPPAUR15&asin=B0F148JC9D&ref_=dp_merchant_link |
| 37 | Sunflower20 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ABTGXW0UXBG1L&asin=B0DCG879R8&ref_=dp_merchant_link |
| 39 | UNIVERSAL-TOOLS | https://www.amazon.com/sp?ie=UTF8&seller=A3RK9GWPZJPXFD&asin=B0CN2MP9D3&ref_=dp_merchant_link |
| 41 | WINDRAWVN | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2Z5ZQMT5X3GW5&asin=B0DP7QWY8N&ref_=dp_merchant_link&isAmazonFulfilled=1 |

4900-8504-3288.1

| No. | Seller Name | Store URL |
|---|---|---|
| 42 | WURIQIANG | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2M1EUHYJ1WXOE&asin=B0DST9S7B6&ref_=dp_merchant_link |
| 43 | YIBEICO-US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ZYVUU8826DN1&asin=B0D9XZG6NF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | ZIMENT US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3PZKKL5FIOI44&asin=B0D8PDHVMZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 47 | PENGQIAN | https://www.walmart.com/global/seller/102520885 |
| 48 | Tmalltide | https://www.walmart.com/global/seller/101200497 |

4