UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL
CORPORATION,

                        Plaintiff,

        v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A HERETO,

                        Defendants.

Case No.: 1:25-cv-05294-LAP

NOTICE OF DISMISSAL UNDER
RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Milwaukee Electric Tool Corporation hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| Doe | Seller Name | Platform ID |
|-----|-------------|-------------|
| 42 | WURIQIANG | A2M1EUHYJ1WXOE |

SO ORDERED.

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

September 22, 2025
New York, New York

1

4934-0821-8201.1

DATED: September 19, 2025

Respectfully submitted,

/s/ Peter Krusiewicz
Neil Diskin
ndiskin@nixonpeabody.com
Diler Cavder
dcavdar@nixonpeabody.com
**NIXON PEABODY LLP**
55 West 46th Street
New York, NY 10036-4120
Tel: (212) 940-3000
Fax: (212) 940-3111

Matthew A. Werber (*Admitted Pro Hac*)
mwerber@nixonpeabody.com
Peter Krusiewicz (*Admitted Pro Hac*)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Plaintiff*

2